**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| BRENT WYLIE | : |
|     Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION |
| | :   FILE No. 1:13-cv-02552-WSD |
| RED BULL NORTH AMERICA, INC. | : |
| a/k/a RED BULL | : |
|     Defendant | : |
| | : |

**PLAINTIFF'S VOLUNTARY DISMISSAL**

NOW COMES Brent Wylie, Plaintiff in the above-styled action and hereby dismisses the Complaint in the above-styled case pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and requests the Clerk of the Court to enter on the records of the Court that such Complaint has been DISMISSED WITHOUT PREJUDICE.

This 11th day of October, 2013

                                                       Respectfully submitted,

                                                     s/ Robert O. Bozeman

**DAVIS BOZEMAN LAW FIRM, PC**
4153 B FLAT SHOALS PARKWAY
SUITE 204
DECATUR, GEORGIA 30034
(404) 244-2004
(404) 244-2020 (FAX)